# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KASSIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCHEX NORTH AMERICA, INC., a Delaware limited liability company; and Does 1 through 25,<br><br>Defendants. | **Case No. 2:20-CV-00387-KJM-KJN**<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER RE JOINT STIPULATION REGARDING CASE DEADLINES**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Complaint filed: December 9, 2019<br>Trial Date: None Set |

## ORDER

Pursuant to the parties' joint stipulation, ECF No. 14, and good cause appearing, the court hereby approves the following amended pre-trial and case management schedule:

| Deadlines | Current Date | Proposed Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | June 25, 2021 | January 25, 2022 |
| Opening Expert Witness Disclosure | July 9, 2021 | February 9, 2022 |
| Expert Disclosure (Rebuttal) | July 23, 2021 | February 23, 2022 |
| Expert Discovery Cut-Off | August 6, 2021 | March 7, 2022 |
| Motions Cut-Off | September 17, 2021 | April 15, 2022 |

IT IS SO ORDERED.

DATED: May 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE