# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KASSIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYCHEX NORTH AMERICA, INC., a Delaware limited liability company; and Does 1 through 25,<br><br>Defendants. | **Case No. 2:20-CV-00387-KJM-KJN**<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Complaint filed: December 9, 2019<br>Trial Date: None Set |

1

ORDER RE JOINT NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION TO STAY
PROCEEDINGS PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**ORDER**

The court grants the parties' Joint Stipulation to file a Second Amended Complaint, ECF No. 16.

Pursuant to the Parties' Joint Notice of Class Action Settlement and Stipulation to Stay, ECF No. 16-1, the court grants the Parties' stipulation to stay this action pending final approval of the class action settlement by the California Superior Court for the County of Sacramento. The parties shall file a Joint Status Report in 60 days notifying the court of the status of the California Superior court's approval.

**IT IS SO ORDERED.**

Dated: March 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE